UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAGE WEST MARINA, LLC, dba VILLAGE WEST MARINA & RESORT, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>M/V WILD C's, a 1981 Uniflite Motor Vessel of Approximately 40-Feet in Length and 17-Feet in Beam, U.S. Coast Guard Official No. 635920, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS, AND ALL OTHER APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 2:25-cv-02938 AC<br><br>**ORDER AUTHORIZING ARREST OF DEFENDANT VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C** |

The Court, having reviewed the Verified Complaint of the Plaintiff, VILLAGE WEST MARINA, LLC, dba VILLAGE WEST MARINA & RESORT ("PLAINTIFF") and the Declaration of Philip E. Weiss, an attorney acting on its behalf, and upon application of PLAINTIFF for issuance of an Order Authorizing a Warrant of Arrest, finds that the conditions for an action *in rem* appear to exist, and it is therefore

///

1

**ORDERED** that the immediate issuance of a warrant for the arrest of the Defendant Vessel M/V WILD C's, a 1981 Uniflite Motor Vessel of Approximately 40-Feet in Length and 17-Feet in Beam, U.S. Coast Guard Official No. 635920 and all of her engines, tackle, accessories, equipment, furnishings, and appurtenances (the "DEFENDANT VESSEL") is authorized, and it is further

**ORDERED** that the Clerk of the District Court shall immediately prepare a Warrant for the Arrest of the DEFENDANT VESSEL and shall deliver it to the United States Marshal for the Eastern District of California for service; and it is further

**ORDERED** that any person claiming an interest in the DEFENDANT VESSEL shall be entitled upon request to a prompt hearing at which the PLAINTIFF shall be required to show why the arrest should not be vacated or other relief granted consistent with the Supplemental Rules for Certain Admiralty and Maritime Claims, and it is further

**ORDERED** that a copy of this Order be attached to and served by mail, together with the said Warrant For Arrest In Action In Rem to the last known address of the owner of the DEFENDANT VESSEL, and any known maritime lien claimants.

**IT IS SO ORDERED**.

Dated: October 15, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE