UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAGE WEST MARINA, LLC, dba VILLAGE WEST MARINA & RESORT, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>M/V WILD C'S, a 1981 Uniflite Motor Vessel of Approximately 40-Feet in Length and 17-Feet in Beam, U.S. Coast Guard Official No. 635920, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS, AND ALL OTHER APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 2:25-cv-02938AC<br><br>**ORDER OF PUBLICATION**<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

The Court, having reviewed the Application for Order of Publication filed by Plaintiff VILLAGE WEST MARINA, LLC dba VILLAGE WEST MARINA & RESORT [Docket Item No. 14], and good cause therefore appearing, it is hereby

///

1

**ORDERED**, that a Notice of Vessel Arrest shall be published in the Stockton Record pursuant to Rule C(4) of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims, Local Rules 530, Local Rule 171, Local Rule 580, and in conformance with Exhibit A attached to PLAINTIFF's Application for Order of Publication.

**IT IS SO ORDERED**.

Dated: February 19, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE